IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:10-CR-00352-01-BCW |
| ) | |
| KENNTH D. WOLF, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge Lajuana M. Counts' Report and Recommendation (Doc. #82) recommending that Defendant be declared competent to proceed with hearing on Defendant's supervised release violation. On January 30, 2020, Magistrate Judge Counts ordered a psychiatric examination be conducted for Defendant, pursuant to the Government's motion and 18 U.S.C. 4241(b). (Doc. #74).

After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts the Magistrate's findings of fact and conclusions of law and finds defendant is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his defense. Accordingly, it is hereby

ORDERED the Magistrate's Report and Recommendation (Doc. #82) be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: August 10, 2020  /s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT